STATE of Rhode Island

v.

Robert C. DEVANEY.

No. 97–201–C.A.

Supreme Court of Rhode Island.

May 21, 1997.

Aaron Weisman, Providence.

Paula Rosin, Providence.

### ORDER

This matter came before the court on the motion of counsel for the deceased defendant Robert C. Devaney, for disposition of defendant's appeal in accordance with our opinion in *State v. Marzilli,* 111 R.I. 392, 303 A.2d 367 (1973). The state has filed no objection to the motion.

Accordingly, the death of Robert C. Devaney having been suggested on the record, the judgment of conviction in this case is hereby vacated, and the case is remanded to the Superior Court with direction to dismiss the indictment.